1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL LUCION GARCIA,                    No. 2:22-cv-1445-EFB (PC)

12              Plaintiff,

13        v.                                   ORDER

14   LINCH, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner confined to Salinas Valley State Prison.  The Clerk of the Court

18   opened this action on August 15, 2022, upon receipt of an unsigned civil rights complaint filed on

19   plaintiff's behalf.  On the same day, the Clerk filed the same unsigned civil rights complaint in a

20   case commenced by plaintiff on June 21, 2022.  *See Garcia v. Allison*, No. 2:22-cv-1068-TLN-

21   JDP (PC), ECF No. 10.  It appears from the docket in the earlier filed action that plaintiff did not

22   intend to commence a new action with the August 15, 2022 complaint.  Because plaintiff did not

23   intend to commence this action, the court will direct the Clerk of the Court to close this case.

24        Accordingly, it is ORDERED that the Clerk of the Court shall close this case.

25   DATED:  August 24, 2022.

26

27                                             EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE
28